(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Probation) | Judgment

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
**January 30, 2018**
Clerk, U.S. District Court
Western District of Texas

By: *VMedina*
Deputy

UNITED STATES OF AMERICA

vs.

**(1) Sergio Alonso Munoz**
Defendant.

§
§ CASE NUMBER: **EP:18-M-00438(1) LS**
§  00295-480
§
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Sergio Alonso Munoz, was represented by counsel, Pedro J. Martin.

The defendant pled guilty to the complaint on January 30, 2018. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | January 24, 2018 |

As pronounced on January 30, 2018, the defendant is sentenced to **1 year probation, non reporting and unsupervised. The defendant is not permitted to commit another federal, state or local crime, nor is the defendant permitted to illegally enter or reenter the United States during the term of probation. These conditions are of probation which may not be violated.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. 3013 is hereby remitted pursuant to 18 U.S.C. 3573 because reasonable efforts to collect this assessment are not likely to be effective.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed on this the 30th day of January, 2018.

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE